UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
ALTAUNE BROWN,　　　　　　　　　　　　　　　　　　**DEFAULT JUDGMENT**

　　　　　　　　Plaintiff,

　　　　　　　　　　　　　　　　　　　　　　　　　　*Civil Action No.:*
　　-against-　　　　　　　　　　　　　　　　　　　1:18-cv-05748-ER

AA2100 DELI GROCERY CORP. AND
2100 2ND LLC,

　　　　　　　　Defendants.
---------------------------------------X

　　NOW THEREFORE, This action having been commenced on June 25, 2018 by the filing of the summons, civil cover sheet and complaint, and a copy of the same having been served through the secretary of state on April 15, 2019 and the Defendant not having answered the complaint, and the time for answering the complaint having expired, it is

　　ORDERED, ADJUDGED AND DECREED: That the Plaintiff have judgment against the Defendant, to remove architectural barriers as follows:

　　a. Provide an accessible entrance and install a ramp with appropriate slope and signage, and/or otherwise provide an accessible and properly designated entrance.

　　b. Provide signage addressing people with disabilities telling them that accessible services are provided.

　　c. Modify cashier/service counter to be accessible.

　　d. Provide a safe and accessible emergency exit.

　　e. The injunctive relief provided must be in accordance with city, state and federal laws and in accordance with the 2010 American with Disabilities Standards for Accessible Design.

Pursuant to 42 U.S.C. §12188, this Court is vested with the authority to grant the Plaintiff's injunctive relief; including an order to alter the Premises to make them readily accessible to, and useable by, individuals with disabilities to the extent required by the American with Disabilities Act ("ADA"), the New York City Human Rights Laws ("NYCHRL"), and the New York State Human Rights Law ("NYSHRL"), and closing the Premises until the requisite modifications are completed.

Further, that the Plaintiff be awarded, not less than one thousand dollars ($1,000) in compensatory damages based on the Defendant's violation of the NYCHRL and the NYSHRL; the Defendant to comply with terms of the Final Judgment within sixty (60) days of the entry of the judgment; and this Honorable Court retain jurisdiction relating to the Plaintiff's attorneys' fees and said motion shall be filed within ninety (90) days of entry of this Final Judgment.

Pursuant to 28 C.F.R. §36.201(b), both the landlord and the tenant are a public accommodation and have full responsibility for complying with the ADA requirements. Therefore, Defendants AA2100 Deli Grocery Corp. and 2100 2nd LLC are jointly and severally liable and this order shall be enforceable as to both Defendants.

Dated: New York, New York
January 9, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: January 9, 2020

_____
U.S.D.J

This document was entered on the docket on January 9, 2020.