UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALTAUNE BROWN,

       Plaintiff,

   – *against* –

AA2100 DELI GROCERY CORP., 2100 2ND LLC,

       Defendants.

**ORDER**

18 Civ. 5748 (ER)

RAMOS, D.J.:

   Plaintiff filed the instant suit on June 25, 2018. Doc. 1. On December 18, 2020, the parties appeared for a status conference. During that conference, the Court directed the parties to submit a status report by January 8, 2021, either informing the Court that they had reached a settlement or, if not, providing the Court with a proposed schedule going forward. However, since then, there has been no activity in this matter. Accordingly, the parties are directed to submit a status report by April 23, 2021. Failure to comply could result in the Court dismissing the case under Federal Rule of Civil Procedure 41.

   SO ORDERED.

Dated: April 9, 2021
     New York, New York

                  EDGARDO RAMOS, U.S.D.J.